Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No.  17-CR-10113-ADB** |
| | ) | |
| PEDRO MEJIA SALAZAR | ) | |

## WAIVER OF INDICTMENT

I, Pedro Mejia Salazar, the above-named defendant, who is accused of conspiracy to launder money, in violation of 18 U.S.C. §1956(h), being advised of the nature of the charge, the criminal information, and my rights, hereby waive in open court on  May 4, 2017  prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

Pedro Mejia Salazar
Defendant

Nelson Alfaro  / Jane Peachy
Counsel for the Defendant

Before:
Honorable Allison D. Burroughs
United States District Court Judge
District of Massachusetts