IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CRIMINAL NO. 17-CR-10113-ADB |
| ) | |
| PEDRO MEJIA SALAZAR  ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE

The United States of America, by and through Assistant United States Attorney Leah B. Foley, respectfully submits this response to Defendant's Expedited Motion for Compassionate Release under 18 U.S.C. §3582(c)(1)(A) (Dkt. No. 29). For the reasons stated herein, the government assents to Defendant's motion.

In 2016, agents from the Drug Enforcement Administration informed Pedro Mejia Salazar, a Colombian citizen, that he was under investigation. In May 2017, Mr. Mejia waived extradition and voluntarily accompanied investigators to the United States. Upon arrival, Mr. Mejia pled guilty to a one-count information, charging him with conspiracy to launder money, in violation of 18 U.S.C. §1956(h). The Court sentenced Mr. Mejia to 50 months' incarceration. His projected release date is **November 20, 2020**.

On April 10, 2020, Mr. Mejia filed a petition for compassionate release, citing his advanced age (76) and numerous comorbid conditions (including, Type 2 diabetes; asthma; and the fact that he only has one kidney) that put him at higher risk of dying from Covid-19 if contracted. On April 14, 2020, the warden of Moshannon Valley denied his petition. Apparently, Mr. Mejia is ineligible for early release because there is an ICE detainer lodged against him.

In light of the fact that Mr. Mejia is 76 years old, has comorbid conditions that greatly increase his risk of suffering or dying if he contracts Covid-19, and has served all but six months of the imposed sentence, the government assents to his release. Mr. Mejia will be deported to Colombia upon his release.

                Respectfully submitted,

                ANDREW E. LELLING
                Acting United States Attorney

By:   */s/ Leah B. Foley*
       LEAH B. FOLEY
       Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

               */s/ Leah B. Foley*
               LEAH B. FOLEY
May 14, 2020         Assistant U.S. Attorney